IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CONCEPCION BARROSO MARMOL, Individually and On Behalf of the Estate of IGNACIO MAGALONI SOLIS, Deceased | § § § § § | |
| VS. | § § | CIVIL ACTION NO. 2:12-cv-00214 |
| TRAVELERS INSURANCE COMPANY, INC.; TRAVELERS INSURANCE COMPANY OF CONNECTICUT; SAGICOR LIFE INC.; SAGICOR CAPITAL LIFE INSURANCE COMPANY LIMITED; SAGICOR FINANCIAL CORPORATION; METLIFE INSURANCE COMPANY OF CONNECTICUT; METROPOLITAN LIFE INSURANCE COMPANY; and METLIFE, INC. | § § § § § § § § § § § | |

## ORDER OF PARTIAL DISMISSAL

On this day the Court considered Plaintiff's Motion to Dismiss Plaintiff's Claims Against Defendants, SAGICOR LIFE INC., SAGICOR CAPITAL LIFE INSURANCE COMPANY LIMITED, AND SAGICOR FINANCIAL CORPORATION (**ONLY**), and having considered the motion and matters on file with the Court, the Court finds that the Motion to dismiss is meritorious and should be GRANTED. Therefore the Court:

ORDERS that the Motion to Dismiss Defendants SAGICOR LIFE INC., SAGICOR CAPITAL LIFE INSURANCE COMPANY LIMITED, AND SAGICOR FINANCIAL CORPORATION (**ONLY**) is GRANTED and all claims by Plaintiff against SAGICOR LIFE INC., SAGICOR CAPITAL LIFE INSURANCE COMPANY LIMITED, AND SAGICOR FINANCIAL CORPORATION (**ONLY**) are hereby dismissed without prejudice.

SIGNED at ___4/26/13___, Texas, the _____ day of April, 2013.

                                                      NELVA GONZALES RAMOS
                                                     UNITED STATES DISTRICT JUDGE